In the Matter of GASPAR ARTES, Respondent, against MANNIELLO BROS. & MAYRSOHN, INC., Appellant.

(Argued May 21, 1934; decided June 5, 1934.)

*Samuel Saline, Emil L. Barad* and *Adelma H. Burd* for appellant.

*Alexander H. Rockmore* and *Ira S. Wit* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.